SECURITY STATE BANK, APPELLANT, v. WALTER E.
MILLER, TREASURER, APPELLEE.

FILED NOVEMBER 25, 1922. No. 22703.

APPEAL from the district court for Dakota county:
GUY T. GRAVES, JUDGE. *Affirmed.*

*William P. Warner* and *Sidney T. Frum*, for appel-
lant.

*Clarence A. Davis*, Attorney General, *Charles S. Reed*
and *George W. Leamer*, contra.

Heard before MORRISSEY, C. J., ALDRICH, DEAN, DAY
and FLANSBURG, JJ., REDICK and SHEPHERD, District
Judges.

FLANSBURG, J.

This case involves a complaint as to the taxation of certain bank stock listed in April, 1921, and which was not given the benefit of the special rate of tax provided by section 5884, Comp. St. 1922.

The decision in *Adair v. Miller; ante,* p. 295, holding that the statute is prospective only in its operation, disposes of this case, and the judgment of the trial court is therefore

AFFIRMED.